NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON FLINT,                )
                              )
            Appellant,        )
                              )
v.                            )          Case No. 2D18-2069
                              )
STATE OF FLORIDA,             )
                              )
            Appellee.         )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.